**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PONTCHARTRAIN PLACE REAL ESTATE, LLC** | ) | |
| | ) | **Case No. 1:16cv265-HSO-JCG** |
| *Plaintiff* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DENISE A. NEWTON SEGARI**, *et al.* | ) | |
| | ) | |
| *Defendants* | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR REMAND [3]**

Before the Court is the Unopposed Motion to Remand [3] filed by Plaintiff, Pontchartrain

Place Real Estate, LLC seeking to have this matter remanded back to state court, the Chancery

Court of Pearl River County, Mississippi.  Having considered the motion and being informed

that the U.S. Attorney's Office has reviewed and approved this Order, the Court finds it to be

well taken.  Accordingly, it is therefore,

ORDERED AND ADJUDGED that this case shall be remanded back to the Chancery

Court of Pearl River County, Mississippi.

SO ORDERED this the 29th day of July, 2016.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Order prepared by:

*/s/ Lewie G. "Skip" Negrotto IV*
Lewie G. "Skip" Negrotto IV (10060)
NEGROTTO & ASSOCIATES, PLLC
133 Davis Avenue, Suite L
Pass Christian, MS  39571
Telephone: (228) 222-4777
Facsimile: (866) 526-0715
E-Mail: snegrotto@gmail.com
*Counsel for Plaintiff, Pontchartrain*
*Place Real Estate, LLC*


Approved as to form:

/s/ Stephen R. Graben
Stephen R. Graben, Esq., MSB # 4931
Assistant U.S. Attorney
1575 20th Avenue
Gulfport, MS 39501
Phone: 228-563-1560
Facsimile:  228-563-1571
Stephen.Graben@usdoj.gov
*Attorney for Defendant, United States*
*Small Business Administration*

92481 1

2